IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00659-CMA-KLM

GLOBAL IMAGING ACQUISITIONS GROUP LLC,

    Plaintiff,

v.

AMERISOUND MEDICAL, and
KEVIN EVEN,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court sua sponte. By Order [#36] on June 26, 2018, the Court imposed a stay in this matter pending resolution of Defendants' Motion to Dismiss for Lack of Standing [#20] and vacated the Scheduling Conference previously set for August 20, 2018. *See* [#36] at 4. On March 15, 2019, the presiding District Judge denied Defendants' Motion to Dismiss for Lack of Standing [#20]. *See Order* [#33]. Accordingly, given that a Scheduling Conference has not yet occurred,

    IT IS HEREBY **ORDERED** that a Scheduling Conference is **RESET** for **April 22, 2019**, at **10:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. In preparing for the Scheduling Conference, the parties should refer to the Court's prior Order Setting Scheduling/Planning Conference [#19].

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order **no later than April 15, 2019**.

    IT IS FURTHER **ORDERED** that the stay imposed in this matter on June 26, 2018, is **LIFTED**. *See Order* [#36].

    Dated: March 28, 2019